CO-386-online
10/03

# United States District Court
# For the District of Columbia

IVAX Pharmaceuticals, Inc.     )
     )
     )
     )
                 Plaintiff   )
        vs              )      Civil Action No._____
     )
Michael O. Leavitt et al.     )
     )
     )
           Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __IVAX Pharmaceuticals, Inc.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __IVAX Pharmaceuticals, Inc.__ which have

any outstanding securities in the hands of the public:

IVAX Pharmaceuticals, Inc. is a wholly-owned subsidiary of IVAX Corporation but is not itself a publicly traded company. IVAX Pharmaceuticals, Inc. does not have any subsidiaries or affiliates that have outstanding securities in the hands of the public. IVAX Corporation is a publicly traded company. IVAX Corporation does not have any intermediate parent companies, subsidiaries or affiliates that have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Douglas B. Farquhar (by John R Fleder)_
Signature

__386573__
BAR IDENTIFICATION NO.

Douglas B. Farquhar
Print Name

700 13th Street, N.W., Suite 1200
Address

Washington, D.C. 20005
City        State        Zip Code

(202) 737-5600
Phone Number