UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IVAX PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-2180-RWR |
| | ) | |
| MICHAEL O. LEAVITT, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**IVAX PHARMACEUTICALS, INC.'S
UNOPPOSED MOTION TO CONSOLIDATE CASES**

Plaintiff IVAX Pharmaceuticals, Inc., by and through undersigned counsel, moves this

Court for an Order pursuant to Federal Rule of Civil Procedure 42(a) consolidating this action

with the related case captioned *Ranbaxy Labs. Ltd et al. v. Leavitt et al.*, Civil Action No. 1:05-

cv-01838-RWR. The grounds for this Motion are set forth in the Memorandum of Points and

Authorities filed herewith. Counsel for Ranbaxy and Counsel for the Federal Defendants have

stated that they do not oppose this Motion.

Respectfully submitted,

HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth St. N.W., Suite 1200
Washington, D.C. 20005
202-737-5600
Robert A. Dormer, Bar no. 267641
Douglas B. Farquhar, Bar no. 386573

Dated: November 7, 2005          By: *Douglas B. Farquhar* (by John R. Fleder)
                                        Douglas B. Farquhar

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3200
Jay B. Shapiro (*pro hac vice* motion forthcoming)
Samuel O. Patmore (same)