UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAX PHARMACEUTICALS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, et al. )<br>)<br>Defendants. )<br>) | Case No. 05-CV-2180-RWR |

**CONSENT MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY
JUDGMENT IN ADVANCE OF DATE PERMITTED
UNDER FEDERAL RULES OF CIVIL PROCEDURE**

IVAX Pharmaceuticals, Inc. ("IVAX") requests that the Court permit the filing of IVAX's Motion for Summary Judgment, in advance of the date permitted under Rule 56 of the Federal Rules of Civil Procedure. The attorney for the Defendants has authorized the undersigned to represent to the Court that Defendants do not oppose this Motion.

IVAX filed its complaint initiating this case, relating to IVAX's exclusivity period to sell generic simvastatin, earlier today. Under Rule 56(a) of the Federal Rules of Civil Procedure, a plaintiff's motion for summary judgment may not be filed until 20 days after commencement of the action. However, because this matter will likely be consolidated with a separate action filed by Ranbaxy Laboratories Ltd. (Civil Action No. 05-cv-01838), and because the deadline for filing of a summary judgment motion by the plaintiff in that case is today, pursuant to a scheduling order in that case, it will assist the Court to have the pleadings proceed along parallel schedules. Therefore, IVAX seeks leave to file its Motion for Summary Judgment, attached to this pleading, in advance of the date set by the Federal Rules.

To determine their position on this motion, the undersigned contacted Drake S. Cutini, counsel for Defendants. Mr. Cutini authorized the undersigned to represent to the Court that Defendants do not oppose this Motion.

                                          Respectfully submitted,

                                          HYMAN, PHELPS & MCNAMARA, P.C.
                                          700 Thirteenth St. N.W., Suite 1200
                                          Washington, D.C. 20005
                                          202-737-5600
                                          202-737-9329 (facsimile)
                                          Robert A. Dormer, Bar no. 267641
                                          Douglas B. Farquhar, Bar no. 386573

Dated: November 7, 2005                    By: *Douglas B. Farquhar* (by John R. Fleder)
                                                   Douglas B. Farquhar


                                          STEARNS WEAVER MILLER WEISSLER
                                          ALHADEFF & SITTERSON, P.A.
                                          150 West Flagler Street
                                          Suite 2200
                                          Miami, FL 33130
                                          (305) 789-3200
                                          (305) 789-3395
                                          Jay B. Shapiro (*pro hac vice* motion forthcoming)
                                          Samuel O. Patmore (same)