UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAX PHARMACEUTICALS, INC.  )<br>  )<br>            Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MICHAEL O. LEAVITT, et al.  )<br>  )<br>            Defendants.  )<br>_____)  | Case No. 05-CV-2180-RWR |

## [PROPOSED] ORDER

Before me is the Consent Motion For Leave to File Motion for Summary Judgment in Advance of Date Permitted Under Federal Rules of Civil Procedure by IVAX Pharmaceuticals, Inc. Having considered the Motion, it is

ORDERED that the Motion be GRANTED.


Dated:_____                      _____
                                            Richard W. Roberts
                                            U.S. District Court Judge

Pursuant to Local Rule 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 356
Washington, D.C. 20044

Douglas B. Farquhar
Hyman, Phelps & Mcnamara, P.C.
700 Thirteenth St. N.W.
Suite 1200
Washington, D.C. 20005

Jay B. Shapiro
Samuel O. Patmore
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A
150 West Flagler Street, Suite 2200
Miami, FL  33130