UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAX PHARMACEUTICALS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-CV-2180-RWR |
| ) | |
| MICHAEL O. LEAVITT, et al. ) | |
| ) | |
| Defendants. ) | |

### IVAX PHARMACEUTICALS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff IVAX Pharmaceuticals, Inc., by and through undersigned counsel, moves for summary judgment in this action. The grounds for this Motion are set forth in the Memorandum of Points and Authorities filed herewith. Plaintiff requests a Hearing on the foregoing Motion.

Respectfully submitted,

HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth St. N.W., Suite 1200
Washington, D.C. 20005
202-737-5600
202-737-9329 (facsimile)
Robert A. Dormer, Bar no. 267641
Douglas B. Farquhar, Bar no. 386573

Dated: November 7, 2005

By: *Douglas B. Farquhar (by John R. Fleder)*
Douglas B. Farquhar

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street
Suite 2200
Miami, FL 33130
(305) 789-3200
(305) 789-3395
Jay B. Shapiro (*pro hac vice* motion forthcoming)
Samuel O. Patmore (same)