UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAX PHARMACEUTICALS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 05-CV-2180-RWR |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Rule 7(h), plaintiffs submit the following material facts as to which there is no genuine issue:

1. Merck & Co. ("Merck") holds the approved New Drug Application No. 19-766 ("NDA") for Zocor® (simvastatin) tablets, 5 mg, 10 mg, 40 mg and 80 mg.

2. Merck submitted U.S. Patent Nos. 4,444,784 (the '784 patent), RE 36481 (the '481 patent) and RE 36520 (the '520 patent) pursuant to Section 505(b)(1) and (c)(2) of the Federal Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. §§ 355(b)(1) and (c)(2), which means that each of these patents claims the drug or use of the drug approved by FDA pursuant to NDA No. 19-766 (Zocor) and that with respect to each of these patents a claim of patent infringement could reasonably be asserted if a person not licensed by the owner engaged in the manufacture, use or sale of Zocor tablets. FDA published these patents in the Approved Drug Products with Therapeutic Equivalence Ratings, a publication known as "the Orange Book."

3. On December 14, 2000, IVAX filed ANDA No. 76-052 seeking approval for generic simvastatin in 5-mg, 10-mg, 20-mg, and 40-mg doses. IVAX's application included a Paragraph IV certification with respect to the '481 and '520 patents. By filing a Paragraph IV ANDA, IVAX certified its belief that the generic product described in the application would not infringe those patents and/or that the patents were invalid.

4. In the same ANDA, IVAX filed a Paragraph III certification with respect to the compound patent, the '784 patent. The Paragraph III certification means that IVAX does not challenge the validity of the '784 patent, and believes that the '784 patent stands in the way of marketing the generic product described in the ANDA. Therefore, the FDA will not grant final approval to the ANDA until the expiration of the '784 patent in June 2006.

5. On information and belief, IVAX was the first company to file a Paragraph IV certification for generic simvastatin in 5-mg, 10-mg, 20-mg, and 40-mg doses.

6. Merck did not sue IVAX within 45 days of receiving IVAX's Paragraph IV certifications. Merck has not sued any ANDA applicant for infringement as a result of a Paragraph IV certification to the '481 or '520 patents.

7. By letter dated October 10, 2003, Merck requested that FDA remove the '481 and the '520 patents from the Zocor Orange Book listing.

8. Merck did not provide any explanation of the basis for its request for removal of the '481 patent or the '520 patent from the Orange Book.

9. In September 2004, FDA removed the '481 and '520 patents from the Orange Book before IVAX had obtained its 180 days of exclusivity.

10. In September 2004, IVAX learned that FDA had delisted the '481 and '520 patents from the Orange Book.

11. On January 12, 2005, IVAX submitted a Citizen Petition, pursuant to 21 C.F.R. § 10.30 and Section 505 of the FDCA, requesting that FDA not approve subsequent ANDAs for simvastatin tablets for 180 days from the date of first commercial marketing of simvastatin under IVAX's ANDA No. 76-052, and that the FDA reinstate the '481 and '520 patents in the Orange Book and require subsequent ANDAs for simvastatin tablets to contain certifications to the '481 and '520 patents.

12. On October 24, 2005, the FDA denied IVAX's citizen petition in a letter from Steven K. Galson, Director, Center for Drug Evaluation and Research.

13. The FDA denied the petition solely because the '481 and '520 patents were not the subject of litigation and, thus, IVAX would not be "successful" or "prevail" in challenging the patents.

14. FDA decided that it will not relist the '481 and '520 patents for Zocor, that no applicant will be eligible for 180-day exclusivity as to these patents, and FDA will approve ANDAs for all strengths of simvastatin when they are otherwise eligible for approval under Section 505(j) of the Act.

Respectfully submitted,

HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth St. N.W., Suite 1200
Washington, D.C. 20005
202-737-5600
202-737-9329 (facsimile)
Robert A. Dormer, Bar no. 267641
Douglas B. Farquhar, Bar no. 386573

Dated: November 7, 2005

By: *Douglas B. Farquhar (by John R. Fleder)*
Douglas B. Farquhar

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street
Suite 2200
Miami, FL 33130
(305) 789-3200
(305) 789-3395
Jay B. Shapiro (*pro hac vice* motion forthcoming)
Samuel O. Patmore (same)

4