## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2005, copies of the foregoing: Ivax Pharmaceuticals, Inc.'s Consent Motion for Leave to File Motion for Summary Judgment in Advance of Date Permitted Under Federal Rules of Civil Procedure, Motion for Summary Judgment, Unopposed Motion to Consolidate Cases, Memorandum of Points and Authorities in Support of Plaintiff's Motion to Consolidate Cases, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment, Statement of Material Facts as to Which There is No Genuine Issue, Proposed Order for Consent Motion for Leave to File Motion for Summary Judgment in Advance of Date Permitted Under Federal Rules of Civil Procedure, Proposed Order for Motion for Summary Judgment, and Proposed Order for Unopposed Motion to Consolidate Cases were served via first-class mail, postage-prepaid, upon:

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 356
Washington, D.C.  20044

Counsel for the Federal Defendants

_____
Douglas B. Farquhar (by John R. Fleder)