UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAX PHARMACEUTICALS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, et al. )<br>)<br>Defendants. )<br>_____) | Case No. 05-CV-2180-RWR |

### [PROPOSED] ORDER

Before me is the Motion for Summary Judgment by IVAX Pharmaceuticals, Inc. Having considered the Motion, it is

ORDERED that the Motion be GRANTED.

Dated:_____       _____
                                Richard W. Roberts
                                U.S. District Court Judge

Pursuant to Local Rule 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 356
Washington, D.C. 20044

Douglas B. Farquhar
Hyman, Phelps & Mcnamara, P.C.
700 Thirteenth St. N.W.
Suite 1200
Washington, D.C. 20005

Jay B. Shapiro
Samuel O. Patmore
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A
150 West Flagler Street, Suite 2200
Miami, FL 33130