**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IVAX PHARMACEUTICALS, INC.,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>MICHAEL O. LEAVITT, et al.,  )<br><br>Defendants,  ) | Case No. 1:05-CV-2180(RWR) |

**CONSENT MOTION OF IVAX PHARMACEUTICALS TO ADMIT COUNSEL
*PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Civil Rules, the undersigned counsel for IVAX Pharmaceuticals, Inc. ("IVAX"), respectfully moves this Court for an order allowing Attorneys Jay B. Shapiro and Samuel O. Patmore of the firm Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., to be admitted to practice *pro hac vice* in this Court for the purpose of acting as co-counsel on behalf of IVAX in the above-entitled action. The undersigned contacted Drake S. Cutini, the attorney for the Defendants in this matter, and he indicated that the government does not oppose this motion. In support of this motion, IVAX states the following:

1.       The office address of Attorneys Shapiro and Patmore is as follows:

> Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
> 150 West Flagler Street
> Miami, Florida 33130
> Telephone: (305) 789-3200
> Facsimile: (305) 789-3395
> JShapiro@swmwas.com
> SPatmore@swmwas.com

2.         Attorney Shapiro is a member in good standing of the bar of the State of Florida. He is also admitted to practice before the United States Supreme Court; the United States Courts of Appeals for the Ninth, Eleventh, District of Columbia and Federal Circuits; and the United States District Courts for the Southern and Middle Districts of Florida.

3.         Attorney Patmore is a member in good standing of the bars of the States of Florida and New York.  He is also admitted to practice before the United States Court of Appeals for the District of Columbia Circuit as well as the United States District Courts for the Southern and Eastern Districts of New York and the Northern District of Texas.

4.         Attorneys Shapiro and Patmore have not been denied admission or disciplined by this Court or any other Court.

5.         Attorneys Shapiro and Patmore have knowledge of the local rules of this Court and are not residents of the District of Columbia.

6.         Declarations setting forth the necessary information regarding the qualifications of Attorneys Shapiro and Patmore to practice before this Court, along with such other information required by Local Rule 83.2 (d), are attached hereto as Exhibits A and B, respectively, and made a part hereof.

WHEREFORE, the undersigned respectfully requests that this Court admit Attorneys Jay B. Shapiro and Samuel O. Patmore, *pro hac vice*, to practice as a visiting attorneys before this Court representing IVAX in all matters related to this proceeding.

Respectfully submitted,

HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth St. N.W., Suite 1200
Washington, D.C. 20005
202-737-5600
202-737-9329 (Facsimile)
Robert A. Dormer, Bar no. 267641
Douglas B. Farquhar, Bar no. 386573

By:_____
          Douglas B. Farquhar

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2005, copies of the foregoing Consent Motion to Admit Counsel *Pro Hac Vice,* Declaration of Jay Shapiro and Declaration of Samuel Patmore was served via first-class mail, postage-prepaid, upon:


Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 356
Washington, D.C.  20044

Counsel for the Federal Defendants.


_____
Douglas B. Farquhar