IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IVAX PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, et al., )<br>)<br>)<br>)<br>Defendants, )<br>) | Case No. 1:05-CV-2180(RWR) |

### DECLARATION OF SAMUEL O. PATMORE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Samuel O. Patmore, declare as follows:

1. I am an associate with the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. My contact information is set forth with my signature below.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the bars of the States of Florida and New York. I am also admitted to practice before the United States Court of Appeals for the District of Columbia Circuit as well as the United States District Courts for the Southern and Eastern Districts of New York and the Northern District of Texas.

4. I certify that I have not been disciplined by any bar.

5. I have not previously been admitted *pro hac vice* before the United States District Court for

the District of Columbia.

6. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Nov 22, 2005

Samuel O. Patmore
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-4102
Facsimile: (305) 789-3395
E-mail: spatmore@swmwas.com