IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IVAX PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, et al., <br><br> Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:05-CV-2180(RWR) |

**DECLARATION OF JAY B. SHAPIRO IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Jay B. Shapiro, declare as follows:

1. I am a shareholder in the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. My contact information is set forth with my signature below.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the bar of the State of Florida. I am also admitted to practice before the United States Supreme Court; the United States Courts of Appeals for the Ninth, Eleventh, District of Columbia and Federal Circuits; and the United States District Courts for the Southern and Middle Districts of Florida.

4. I certify that I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* before the United States District Court for the

District of Columbia on two occasions in the past two years.

6.  Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/21/05

Jay B. Shapiro
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3229
Facsimile: (305) 789-3395
E-mail: jshapiro@swmwas.com