# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAX PHARMACEUTICALS, INC., et al.,      ) | |
|                    ) | |
|           Plaintiff,         ) | |
|                    ) | |
|      v.                  ) | Civ. Case No.  05-2180 (RWR) |
|                    ) | |
| MICHAEL O. LEAVITT, et al.,       ) | |
|                    ) | |
|           Defendants.       ) | |
|                    ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Drake Cutini as counsel for the federal defendants,

Michael O. Leavitt, the Department of Health and Human Services, Andrew C. VonEschenbach,

and the Food and Drug Administration, in the above-captioned action.

Dated: December 2, 2005

Of Counsel:

PAULA M. STANNARD
Acting General Counsel

SHELDON T. BRADSHAW
Chief Counsel
Food and Drug Division

ERIC. M. BLUMBERG
Deputy Chief Counsel, Litigation

WENDY S. VICENTE
Associate Chief Counsel
U.S. Dept. of Health and Human Services
5600 Fishers Lane
Rockville, MD  20857
301-827-7138

Respectfully submitted,

EUGENE M. THIROLF
Director

DRAKE CUTINI
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
202-307-0044
Fax: 202-514-8742