UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAX PHARMACEUTICALS, INC., et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, et al., ) <br> ) <br> Defendants. ) <br> ) | Civ. Case No. 05-2180 (RWR) |

**NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORD**

Federal defendants hereby file a supplement to the administrative record that has been filed in *Ranbaxy Laboratories Ltd. v. Leavitt*, No. 05-1838 (RWR), which includes documents relevant to the above-captioned case, *Ivax Pharmaceuticals, Inc. v. Leavitt*, No. 05-2180 (RWR). On November 7, 2005, Ivax sought consolidation of its case with the *Ranbaxy* case, which Ranbaxy and the federal defendants did not oppose. This Court has not yet ruled on that motion. Federal defendants therefore file this supplemental administrative record in both this case and in the *Ranbaxy* case so that the record will be complete if this Court grants the motion to consolidate. This notice and the supplemental record are being filed electronically.

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |
| PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | /s/ Drake Cutini<br>DRAKE CUTINI |
| WENDY S. VICENTE<br>Associate Chief Counsel<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD 20857<br>(301) 827-7138 | Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel: (202) 307-0044<br>Fax: (202) 514-8742 |

December 2, 2005