

## CERTIFICATE

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that Cecelia M. Parise, Regulatory Policy Advisor to the Director, Office of Generic Drugs, Center for Drug Evaluation and Research, United States Food and Drug Administration, whose declaration is attached, has custody of official records of the United States Food and Drug Administration.

In witness whereof, I have, pursuant to the provision of Title 42, United States Code, Section 3505, and 21 C.F.R. § 5.22(a), hereto set my hand and caused the seal of the Department of Health and Human Services to be affixed this ⟨1st⟩ day of December, 2005.

Jennie C. Butler, Director
Division of Dockets Management
Office of Management Programs
Office of Management

By direction of the Secretary of
        Health and Human Services

CERTIFICATE

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby

certify that Cecelia M. Parise, Regulatory Policy Advisor to the Director, Office of

Generic Drugs, Center for Drug Evaluation and Research, United States Food and Drug

Administration, whose declaration is attached, has custody of official records of the

United States Food and Drug Administration.


In witness whereof, I have, pursuant to the provision of Title 42, United States Code,

Section 3505, and 21 C.F.R. § 5.22(a), hereto set my hand and caused the seal of the

Department of Health and Human Services to be affixed this _1st_ day of December,

2005.


Jennie C. Butler, Director
Division of Dockets Management
Office of Management Programs
Office of Management

By direction of the Secretary of
    Health and Human Services

## DECLARATION OF CECELIA M. PARISE

Cecelia M. Parise declares as follows:

1. I am Regulatory Policy Advisor to the Director, Office of Generic Drugs (OGD), Center for Drug Evaluation and Research, United States Food and Drug Administration (FDA).

2. In this capacity, I have custody of official records of FDA.

3. Attached is a copy of an index to the supplemental administrative record in Ivax Pharmaceuticals, Inc. v. FDA, Case No. 05-2180 (D.D.C.).

4. Copies of the supplemental administrative record are part of the official records of FDA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *December 01, 2005*

*Cecelia M. Parise*
Cecelia M. Parise

**FDA SUPPLEMENTAL ADMINISTRATIVE RECORD FOR
IVAX PHARMACEUTICALS, INC. v. FDA
CIVIL ACTION NO. 05-2180 (D.D.C.)**

<u>INDEX TO IVAX'S ANDA NO. 76-052</u>

1.    Letter from Zenith Goldline Pharmaceuticals submitting an ANDA and patent
      certification for Simvastatin Tablets USP, 5 mg, 10 mg, 20 mg and 40 mg
              Dated: 12/14/2000              Received: 12/15/2000

2.    Letter from Ivax Pharmaceuticals informing FDA of the name change of Zenith Goldline
      Pharmaceuticals and requesting an extension of time to respond to the agency's "not
      approvable" letter
              Dated: 4/5/2002              Received: 4/8/2002

3.    Letter from Ivax Pharmaceuticals stating that it had not been sued for its paragraph IV
      certifications
              Dated: 11/16/2005

# TAB 1



## Zenith Goldline
### PHARMACEUTICALS
**Regulatory Affairs**

DEC 1 4 2000



Mr. Gary Buehler
Acting Director, Office of Generic Drugs
CDER, FDA
Metro Park North II
7500 Standish Place, Room 150
Rockville, MD 20855-2773

### ABBREVIATED NEW DRUG APPLICATION

Re:    Simvastatin Tablets USP,
       5 mg, 10 mg, 20 mg and 40 mg

Dear Mr. Buehler:

Pursuant to Section 505 (j) of the Federal Food, Drug and Cosmetic Act and in compliance with 21 CFR §314.94, Zenith Goldline Pharmaceuticals, Inc. herewith submits an Abbreviated New Drug Application (ANDA) for Simvastatin Tablets USP, 5 mg, 10 mg, 20 mg and 40 mg.

Zenith Goldline has organized its ANDA as per the OGD guidance of February 1999. In support of this Application, the information outlined below is provided:

- Table of Contents
- Form FDA 356H
- Basis for Submission
- Patent Certification and Exclusivity Statement
- Comparison between the proposed drug and the reference listed drug (Zocor® Tablets, manufactured by Merck and Co.)
- Draft Labeling (four copies each in the archival [blue] binder, chemistry review [red] binder and one copy in the bioequivalency review [orange] binder)
- Certification of Financial Interests and Arrangements of Clinical Investigators (Form FDA 3454)
- *In-vivo* Bioequivalence studies (Fasted and Fed Studies):
  <u>(Fasted Study No. SIM-P0-217)</u>: Bioavailability of Simvastatin Tablets, 40 mg and Zocor® Tablets, 40 mg under Fasting Conditions
  <u>(Fed Study No. SIM-P0-218)</u>: Bioavailability of Simvastatin Tablets, 40 mg and Zocor® Tablets, 40 mg under Food-Effect Conditions

The Diskettes are included in the front covers of the review (orange) binders: (Volumes 2 of 18 and 13 of 18, respectively).

Abbreviated New Drug Application
Simvastatin Tablets USP, 5 mg, 10 mg, 20 mg and 40 mg
page 2 of 2


- Chemistry, Manufacturing and Controls Information
- Methods Validation Package: three (3) separately bound and identified copies are provided. Zenith Goldline Pharmaceuticals commits to resolve any issues which might be identified in the methods validation process whether before, or after, ANDA approval.
- Debarment, Conviction and Field Copy Certifications

The archival copy of this application consists of twenty-two (22) volumes. The chemistry review copy consists of five (5) volumes. The bioequivalency review copy consists of eighteen (18) volumes.

Zenith Goldline Pharmaceuticals requests that all information in this file be treated as confidential within the meaning of 21 CFR §314.430 and that no information from the file be submitted to an applicant without our written consent to an authorized member of your Office. We have made a concerted effort to ensure that this application contains all of the information that the Office of Generic Drugs may require. Should you have any questions or require some additional information please contact our office at your convenience at (201) 767-1700 x 323.


Sincerely,
ZENITH GOLDLINE PHARMACEUTICALS


Patricia Jaworski,
Sr. Manager of Regulatory Affairs
(New Products)



cc:    District Office



| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE**<br>*(Title 21, Code of Federal Regulations, 314 & 601)* | Form Approved : OMB No. 0910-0338<br>*Expiration Date: April 30, 2000*<br>*See OMB Statement on page 2.* |
|---|---|
| | FOR FDA USE ONLY |
| | APPLICATION NUMBER |

**APPLICANT INFORMATION**

| NAME OF APPLICANT<br>Zenith Goldline Pharmaceuticals, Inc. | DATE OF SUBMISSION<br>DEC 1 4 2000 |
|---|---|
| TELEPHONE NO. *(Include Area Code)*<br>(201) 767-1700 ext. 323/331 | FACSIMILE (FAX) Number *(Include Area Code)*<br>(201) 767-3804 |
| APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):*<br><br>140 Legrand Avenue<br>Northvale, New Jersey 07647 | AUTHORIZED U.S. AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number )* IF APPLICABLE<br><br>not applicable |

**PRODUCT DESCRIPTION**

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER (If previously issued)

| ESTABLISHED NAME *(e.g., Proper name, USP/USAN name)*<br>SIMVASTATIN | PROPRIETARY NAME *(trade name)* IF ANY<br>N/A |
|---|---|
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME *(If any)*  butanoic acid,2,2-dimethyl-,1,2,3,7,8, 8a-hexahydro-3,<br>7-dimethyl-8-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)-ethyl]-1-naphthalenylester,[1S-[1a,3a,7ß,8ß(2S,4S),-8aß]] | CODE NAME *(If any)* |
| DOSAGE FORM:<br>Tablets | STRENGTHS:<br>5mg, 10mg, 20mg and 40mg | ROUTE OF ADMINISTRATION:<br>Oral |

(PROPOSED) INDICATION(S) FOR USE:
Therapy with lipid-altering agents shuold be considered in those individuals at increased risk for atherosclerosis-related clinical events as a funciton of cholesterol level, the presence of coronary heart disease, or other risk factors.

**APPLICATION INFORMATION**

APPLICATION TYPE
(check one)    ☐ NEW DRUG APPLICATION (21 CFR 314.50)    ☒ ABBREVIATED APPLICATION (ANDA, AADA, 21 CFR 314.94)

☐ BIOLOGICS LICENSE APPLICATION (21 CFR part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE    ☐ 505 (b) (1)    ☐ 505 (b) (2)    ☐ 507

IF AN ANDA, OR AADA, IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug   ZOCOR                                    Holder of Approved Application   MERCK & Co, Inc.

TYPE OF SUBMISSION    ☒ ORIGINAL APPLICATION    ☐ AMENDMENT TO A PENDING APPLICATION    ☐ RESUBMISSION
(check one)
☐ PRESUBMISSION    ☐ ANNUAL REPORT    ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT    ☐ SUPAC SUPPLEMENT

☐ EFFICACY SUPPLEMENT    ☐ LABELING SUPPLEMENT    ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT    ☐ OTHER

REASON FOR SUBMISSION   Original ANDA  submission

PROPOSED MARKETING STATUS (check one)    ☒ PRESCRIPTION PRODUCT (Rx)    ☐ OVER-THE-COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED ___22___    THIS APPLICATION IS    ☒ PAPER    ☐ PAPER AND ELECTRONIC    ☐ ELECTRONIC

**ESTABLISHMENT INFORMATION**

Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Please see Attachment A

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs and DMFs referenced in the current application)

Please see Attachment A

FORM FDA 356h (7/97)                                    002                                    PAGE 1

| | This application contains the following items: *(Check all that apply)* |
|---|---|
| X | 1. Index |
| X | 2. Labeling (check one)    ☒ Draft Labeling    ☐ Final Printed Labeling |
| X | 3. Summary (21 CFR 314.50 (c)) |
| X | 4. Chemistry section |
| X | A. Chemistry, manufacturing, and controls information (e.g. 21 CFR 314.50 (d) (1), 21 CFR 601.2) |
| | B. Samples (21 CFR 314.50 (e) (1), 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| X | C. Methods validation package (e.g. 21 CFR 314.50 (e) (2) (i), 21 CFR 601.2) |
| | 5. Nonclinical pharmacology and toxicology section (e.g. 21 CFR 314.50 (d) (2), 21 CFR 601.2) |
| X | 6. Human pharmacokinetics and bioavailability section (e.g. 21 CFR 314.50 (d) (3), 21 CFR 601.2) |
| | 7. Clinical Microbiology (e.g. 21 CFR 314.50 (d) (4)) |
| | 8. Clinical data section (e.g. 21 CFR 314.50 (d) (5), 21 CFR 601.2) |
| | 9. Safety update report (e.g. 21 CFR 314.50 (d) (5) (vi) (b), 21 CFR 601.2) |
| | 10. Statistical section (e.g. 21 CFR 314.50 (d) (6), 21 CFR 601.2) |
| | 11. Case report tabulations (e.g. 21 CFR 314.50 (f) (1), 21 CFR 601.2) |
| | 12. Case reports forms (e.g. 21 CFR 314.50 (f) (2), 21 CFR 601.2) |
| | 13. Patent information on any patent which claims the drug (21 U.S.C. 355 (b) or (c)) |
| X | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b) (2) or (j) (2) (A)) |
| X | 15. Establishment description (21 CFR Part 600, if applicable) |
| X | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| X | 17. Field copy certification (21 CFR 314.50 (k) (3)) |
| | 18. User Fee Cover Sheet (Form FDA 3397) |
| | 19. OTHER (Specify)  Minor Amendment - Chemistry and Labeling.  Response to deficiency letter from Dr. Patel. |

CERTIFICATION

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling.  I agree to submit safety update reports as provided for by regulation or as requested by FDA.  If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:
  1. Good manufacturing practice regulations in 21 CFR 210 and 211, 606, and/or 820.
  2. Biological establishment standards in 21 CFR Part 600.
  3. Labeling regulations 21 CFR 201, 606, 610, 660 and/or 809.
  4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR 202.
  5. Regulations on making changes in application in 21 CFR 314.70, 314.71, 314.72, 314.97, 314.99, and 601.12.
  6. Regulations on reports in 21 CFR 314.80, 314.81, 600.80 and 600.81.
  7. Local, state and Federal environmental impact laws.
If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.
The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.
Warning:  a willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE  Patricia Jaworski, Senior Manager of Regulatory Affairs (New Products) | DATE  DEC 1 4 2000 |
|---|---|---|
| ADDRESS *(Street, City, State, and ZIP Code)*  140 Legrand Avenue, Northvale, New Jersey 07647 | | Telephone Number  (201) 767-1700 ext.323/331 |

Public reporting burden for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

DHHS, Reports Clearance Officer
Paperwork Reduction Project (0910-0338)
Hubert H. Humphrey Building, Room 531-H
'00 Independence Avenue, S.W.
Washington, DC 20201

Please DO NOT RETURN this form to this address.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

FORM FDA 356h (7/97)



# SECTION III

# PATENT CERTIFICATION AND EXCLUSIVITY STATEMENT

1.    Patent Certification

2.    Period of Marketing Exclusivity for the Reference Listed Drug

**Zenith Goldline**
P H A R M A C E U T I C A L S

Simvastatin Tablets USP
5 mg, 10 mg, 20 mg and 40 mg
Abbreviated New Drug Application

---

**SECTION III**                                       *Patent Certification and Exclusivity Statement*

---

1.  <u>Patent Certification</u>:

### COMBINED PARAGRAPH III AND PARAGRAPH IV CERTIFICATION

Based upon information published in *Approved Drug Products with Therapeutic Equivalence Evaluations* (the "Orange Book"), 20th Edition, including Cumulative Supplement 9, current through September 2000, Zenith Goldline Pharmaceuticals, Inc., makes the following certifications regarding patents listed for Zocor® Tablets, 5 mg, 10 mg, 20 mg and 40 mg:

### PARAGRAPH III PATENT CERTIFICATION

In accordance with section 505(j)(2)(A)(vii)(III) of the Federal Food, Drug, and Cosmetic Act, and 21 CFR 314.94(a)(12)(i)(A)(3), Zenith Goldline Pharmaceuticals, Inc., certifies that the following patent held by Merck & Co. will expire on the following date:

- U.S. Patent No. 4,444,784 - Expiry Date: December 23, 2005

### PARAGRAPH IV PATENT CERTIFICATION

In accordance with section 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act, and 21 CFR 314.94(a)(12)(i)(A)(4), Zenith Goldline Pharmaceuticals, Inc. certifies that the following patents held by Merck & Co. are invalid, unenforceable, or will not be infringed upon by the manufacture, use or sale of Zenith Goldline's Simvastatin Tablets USP, 5 mg, 10 mg, 20 mg and 40 mg for which this abbreviated application is submitted:

- U.S. Patent RE36481 – Expiry date: July 10, 2007
- U.S. Patent RE36520 – Expiry date: May 26, 2009

We will comply with the notification requirements defined in section 505(j)(2)(B)(i), Paragraphs I and II of the Federal Food, Drug, and Cosmetic Act, (Codified at 21 CFR 314.95 (a)), and the content of our notice will conform to the requirements defined in 505(j)(2)(B)(ii), (Codified at 21 CFR 314.95 (c)).

Zenith Goldline Pharmaceuticals, Inc. will market its Simvastatin Tablets USP, 5 mg, 10 mg, 20 mg and 40 mg following ANDA approval, but not before the expiry of U.S. Patent No. 4,444,784 and the exclusivities listed on the following page.

| | |
|---|---|
| _____ | 12/14/00 |
| Eric M. Mittleberg, Ph.D. | Date |
| Vice President, Scientific Affairs | |



**Zenith Goldline**
PHARMACEUTICALS

Simvastatin Tablets USP
5 mg, 10 mg, 20 mg and 40 mg
Abbreviated New Drug Application

---

*SECTION III*                    *Patent Certification and Exclusivity Statement*

---

2.    Exclusivity Statement:

Based upon the information published in *Approved Drug Products with Therapeutic Equivalence Evaluations*, 20th Edition, including Cumulative Supplement 9 (current through September 2000), the reference listed drug is currently entitled to marketing exclusivity.

| Exclusivity Code and Description | Exclusivity Expiration |
|---|---|
| I-277 – Treatment of Type III Hyperlipoproteinemia | November 22, 2002 |
| I-278 – Treatment of Patients with Isolated Hypertriglyceridemia (Frederickson Type IV) | November 22, 2002 |
| I-273 – Adjunct to Diet to Increase HDL-C in Patients with Primary Hypercholesterolemia (Heterozygous Familial and Nonfamilial) and Mixed Dyslipidemia (Frederickson Types IIA and IIB) | August 5, 2002 |
| D-46 – New Dosing Regimen of 80 mg Daily | July 10, 2001 |
| I-239 – Treatment of Patients with Homozygous Familial Hypercholesterolemia | July 10, 2001 |

Based upon the Patent Certification(s) and Exclusivity Statement(s) contained in this application, Zenith Goldline Pharmaceuticals, Inc.:

•    Intends to market Simvastatin Tablets USP, 5 mg, 10 mg, 20 mg and 40 mg upon approval of this application but not before the expiry of the exclusivities listed above.

---

Eric M. Mittleberg, Ph.D.
Vice President, Scientific Affairs

12/14/00
Date

# APPROVED DRUG PRODUCTS

## WITH

## THERAPEUTIC EQUIVALENCE EVALUATIONS

### 20TH EDITION

THE PRODUCTS IN THIS LIST HAVE BEEN APPROVED UNDER SECTION 505 OF THE FEDERAL FOOD, DRUG, AND COSMETIC ACT.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF INFORMATION TECHNOLOGY
DIVISION OF DATA MANAGEMENT AND SERVICES

2000




PRESCRIPTION AND OTC DRUG PRODUCT
PATENT AND EXCLUSIVITY DATA

ADA49

| APPL/PROD NUMBER | INGREDIENT NAME; TRADE NAME | PATENT NUMBER | PATENT EXPIRES | USE CODE | EXCLUS CODE | EXCLUS EXPIRES |
|---|---|---|---|---|---|---|
| 019863 001 | SERMORELIN ACETATE;GEREF | 4517181 | MAY 14, 2002 | U-47 | NP | SEP 26, 2000 |
|  |  | 4703035 | DEC 28, 2004 |  | ODE | SEP 26, 2004 |
| 020443 001 | SERMORELIN ACETATE;GEREF | 4517181 | MAY 14, 2002 |  | NP | SEP 26, 2000 |
|  |  | 4703035 | DEC 28, 2004 |  | ODE | SEP 26, 2004 |
| 020443 002 | SERMORELIN ACETATE;GEREF | 4517135 | MAY 14, 2002 |  |  |  |
|  |  | 4703035 | DEC 28, 2004 |  |  |  |
| 019819 001 | SERTRALINE HYDROCHLORIDE;ZOLOFT | 5248699 | AUG 13, 2012 | U-12 | I-279 | DEC 07, 2002 |
|  |  | 4536518 | DEC 30, 2005 | U-152 | I-208 | OCT 10, 2000 |
|  |  | 4962128 | NOV 02, 2009 | U-152 | I-193 | JUL 08, 2000 |
| 019819 002 | SERTRALINE HYDROCHLORIDE;ZOLOFT | 5248699 | AUG 13, 2012 | U-12 | I-279 | DEC 07, 2002 |
|  |  | 4536518 | DEC 30, 2005 | U-152 | I-208 | OCT 10, 2000 |
|  |  | 4962128 | NOV 02, 2009 | U-152 | I-193 | JUL 08, 2000 |
| 019819 003 | SERTRALINE HYDROCHLORIDE;ZOLOFT | 5248699 | AUG 13, 2012 | U-12 | I-279 | DEC 07, 2002 |
|  |  | 4536518 | DEC 30, 2005 | U-152 | I-208 | OCT 10, 2000 |
|  |  | 4962128 | NOV 02, 2009 | U-152 | I-193 | JUL 08, 2000 |
| 019819 004 | SERTRALINE HYDROCHLORIDE;ZOLOFT | 5248699 | AUG 13, 2012 | U-12 | I-279 | DEC 07, 2002 |
|  |  | 4536518 | DEC 30, 2005 | U-152 | I-208 | OCT 10, 2000 |
|  |  | 4962128 | NOV 02, 2009 | U-152 | I-193 | JUL 08, 2000 |
| 019819 005 | SERTRALINE HYDROCHLORIDE;ZOLOFT | 5248699 | AUG 13, 2012 | U-12 | I-279 | DEC 07, 2002 |
|  |  | 4536518 | DEC 30, 2005 | U-152 | I-208 | OCT 10, 2000 |
|  |  | 4962128 | NOV 02, 2009 | U-152 | I-193 | JUL 08, 2000 |
| 020990 001 | SERTRALINE HYDROCHLORIDE;ZOLOFT |  |  |  | I-193 | JUL 08, 2000 |
|  |  |  |  |  | I-208 | OCT 10, 2003 |
| 020926 001 | SEVELAMER HYDROCHLORIDE;RENAGEL | 5496545 | AUG 11, 2013 | U-246 | NCE | JUN 07, 2000 |
|  |  | 5679775 | SEP 27, 2014 | U-246 |  |  |
|  |  | 5990176 | JAN 27, 2017 |  |  |  |
| 020478 001 | SEVOFLURANE;ULTANE | 4746680 | MAY 29, 2002 |  |  |  |
| 020612 001 | SIBUTRAMINE HYDROCHLORIDE;MERIDIA | 4929629 | JUN 11, 2007 |  | NCE | NOV 22, 2002 |
| 020612 002 | SIBUTRAMINE HYDROCHLORIDE;MERIDIA | 4929629 | MAY 29, 2007 |  | NCE | NOV 22, 2002 |
| 020612 003 | SIBUTRAMINE HYDROCHLORIDE;MERIDIA | 4746680 | JUN 11, 2002 |  |  |  |
|  |  | 4929629 | JUN 29, 2007 |  |  |  |
| 020895 001 | SILDENAFIL CITRATE;VIAGRA | 5250534 | JUN 18, 2011 |  | NCE | MAR 27, 2003 |
| 020895 002 | SILDENAFIL CITRATE;VIAGRA | 5250534 | JUN 18, 2011 |  | NCE | MAR 27, 2003 |
| 020895 003 | SILDENAFIL CITRATE;VIAGRA | 5250534 | JUN 18, 2011 |  | NCE | MAR 27, 2003 |
| 019608 001 | SILVER SULFADIAZINE;SILDIMAC | 4563184 | JAN 07, 2003 |  |  |  |
| 022073 001 | SIMETHICONE-CELLULOSE;SONORX |  |  |  |  |  |
| 019766 001 | SIMVASTATIN;ZOCOR | RE36481 | JUL 10, 2007 | U-300 | NP | OCT 29, 2001 |
|  |  | RE36520 | MAY 26, 2009 | U-300 | I-277 | NOV 21, 2002 |
|  |  | 4444784 | DEC 21, 2005 | U-59 | I-278 | AUG 05, 2002 |
|  |  |  |  |  | I-271 | JUL 10, 2001 |
|  |  |  |  |  | D-46 | JUL 10, 2001 |
|  |  |  |  |  | I-239 | JUL 10, 2001 |

PRESCRIPTION AND OTC DRUG PRODUCT
PATENT AND EXCLUSIVITY DATA

ADA50

| APPL/PROD NUMBER | INGREDIENT NAME, TRADE NAME | PATENT NUMBER | PATENT EXPIRES | USE CODE | EXCLUS CODE | EXCLUS EXPIRES |
|---|---|---|---|---|---|---|
| 019766 002 | SIMVASTATIN;ZOCOR | RE36481 | JUL 10, 2007 | U-300 | I-277 | NOV 22, 2002 |
| | | RE36520 | MAY 26, 2009 | U-300 | I-278 | NOV 22, 2002 |
| | | 4444784 | DEC 23, 2005 | U-59 | I-277 | AUG 05, 2002 |
| | | | | | I-278 | JUL 10, 2001 |
| | | | | | I-239 | JUL 10, 2001 |
| | | | | | D-46 | DEC 10, 2001 |
| 019766 003 | SIMVASTATIN;ZOCOR | RE36481 | JUL 10, 2007 | U-300 | I-277 | NOV 22, 2002 |
| | | RE36520 | MAY 26, 2009 | U-300 | I-278 | NOV 22, 2002 |
| | | 4444784 | DEC 23, 2005 | U-59 | I-277 | AUG 05, 2002 |
| | | | | | I-278 | JUL 10, 2001 |
| | | | | | I-239 | JUL 10, 2001 |
| | | | | | D-46 | DEC 10, 2001 |
| 019766 004 | SIMVASTATIN;ZOCOR | RE36481 | JUL 10, 2007 | U-300 | I-277 | NOV 22, 2002 |
| | | RE36520 | MAY 26, 2009 | U-300 | I-278 | NOV 22, 2002 |
| | | 4444784 | DEC 23, 2005 | U-59 | I-273 | AUG 05, 2002 |
| | | | | | I-239 | JUL 10, 2001 |
| 019766 005 | SIMVASTATIN;ZOCOR | RE36481 | JUL 10, 2007 | U-300 | I-277 | NOV 22, 2002 |
| | | RE36520 | MAY 26, 2009 | U-300 | I-278 | NOV 22, 2002 |
| | | 4444784 | DEC 23, 2005 | U-59 | I-273 | AUG 05, 2002 |
| | | | | | NS-239 | JUL 10, 2001 |
| | | | | | D-46 | JUL 10, 2001 |
| 021083 001 | SIROLIMUS;RAPAMUNE | 5100899 | JUN 06, 2009 | U-290 | NCE | SEP 15, 2004 |
| | | 5212155 | MAY 18, 2010 | U-291 | | |
| | | 5308847 | MAY 03, 2011 | U-292 | | |
| | | 5403833 | APR 04, 2012 | U-293 | | |
| | | 5516770 | SEP 30, 2012 | | | |
| | | 4284647 | AUG 18, 2000 | U-14 | | |
| | | 4457942 | AUG 20, 2002 | U-136 | | |
| | | 4457942 | AUG 20, 2002 | U-136 | | |
| | | 4658021 | APR 14, 2004 | | | |
| 019107 001 | SOMATREM;PROTROPIN | | | | NC | JUL 11, 2000 |
| 020280 006 | SOMATROPIN RECOMBINANT;GENOTROPIN | | | | NCE | APR 10, 2001 |
| 020280 004 | SOMATROPIN RECOMBINANT;GENOTROPIN PRESERVATIVE FREE | | | | NCE | APR 30, 2003 |
| 019640 001 | SOMATROPIN RECOMBINANT;HUMATROPE | | | | ODE | OCT 31, 2004 |
| 019640 004 | SOMATROPIN RECOMBINANT;HUMATROPE | | | | ODE | OCT 11, 2004 |
| 019640 005 | SOMATROPIN RECOMBINANT;HUMATROPE | | | | ODE | DEC 30, 2003 |
| 019640 006 | SOMATROPIN RECOMBINANT;HUMATROPE | | | | ODE | DEC 30, 2003 |
| 019640 007 | SOMATROPIN RECOMBINANT;HUMATROPE | | | | ODE | DEC 30, 2003 |
| 019221 001 | SOMATROPIN RECOMBINANT;NUTROPIN | | | | ODE | DEC 29, 2003 |
| 019576 001 | SOMATROPIN RECOMBINANT;NUTROPIN | | | | ODE | OCT 29, 2004 |
| 020168 001 | SOMATROPIN RECOMBINANT;NUTROPIN | | | | ODE | DEC 30, 2004 |
| 020168 002 | SOMATROPIN RECOMBINANT;NUTROPIN DEPOT | | | | ODE | DEC 20, 2003 |
| 021075 001 | SOMATROPIN RECOMBINANT;NUTROPIN DEPOT | | | | NP | DEC 22, 2003 |
| 021075 002 | SOMATROPIN RECOMBINANT;NUTROPIN DEPOT | 5656219 | JUL 25, 2014 | | NP | DEC 22, 2002 |
| | | 5656297 | JUL 25, 2014 | | | |
| | | 5656297 | JUL 25, 2014 | | | |
| | | 5654010 | AUG 05, 2014 | | | |

# TAB 2

**IVAX**

*Pharmaceuticals, Inc.*

140 Legrand Avenue
Northvale, New Jersey • 07647
Telephone: 201-767-1700
www.IVAXPharmaceuticals.com

APR 0 5 2002

Mr. Gary Buehler, Director
Office of Generic Drugs, CDER, FDA
Document Control Room
Metro Park North II
7500 Standish Place, Room 150
Rockville, MD  20855-2773

General Correspondence
NEW CORRESP
NC

Re:  ANDA 76-052, Simvastatin Tablets USP, 5 mg, 10 mg, 20 mg & 40 mg

Dear Mr. Buehler:

Reference is made to our pending Abbreviated New Drug Application for Simvastatin Tablets USP, 5 mg, 10 mg, 20 mg and 40 mg, and to the Agency's correspondence dated March 25, 2002 (copy attached).

Please note, the firm name, Zenith Goldline Pharmaceuticals, Inc., has changed.  This represents a name change only, and does not involve a change or transfer of ownership of the ANDA referenced above.  IVAX Pharmaceuticals, Inc. continues to be a wholly owned subsidiary of IVAX Corporation, Miami, Florida.

IVAX Pharmaceuticals, Inc. does wish to pursue approval of the above application and hereby requests an extension to respond to the Agency's "Not Approvable" letter dated June 14, 2001. We will amend our application by September 3, 2002.  We understand that if the above application remains dormant beyond that time, the Agency may consider our failure to respond as a request by our firm to withdraw the ANDA.  Should IVAX Pharmaceuticals, Inc. decide to withdraw the application before September 3, 2002 we will request withdrawal in accord with 21 CFR 314.65, without prejudice of future filing.

IVAX Pharmaceuticals, Inc. has made a concerted effort to ensure that this correspondence contains all of the information requested by the Office of Generic Drugs.  Should you have any questions, or require additional information, please contact our office at your convenience at (201) 767-1700, ext. 323 or 146.

Sincerely,

*IVAX PHARMACEUTICALS, INC.*

Patricia Jaworski
Associate Director, Regulatory Affairs
New Product Submissions

PJ/GO

RECEIVED

APR 0 8 2002

OGD / CDER

# TAB 3



IVAX Pharmaceuticals, Inc.
Regulatory Affairs Department
125 Wells Avenue
Congers, New York • 10920
Telephone: 845-267-2444
www.IVAXPharmaceuticals.com

Via Facsimile to: Cecilia Parese, (301) 594-0183

Via Federal Express

NOV 1 6 2005

Mr. Gary Buehler
Office of Generic Drugs
Center for Drug Evaluation and Research
Food and Drug Administration
Document Control Room
Metro Park North II
7500 Standish Place, Room 150
Rockville, MD  20855-2773

**PATENT AMENDMENT**

Re:  ANDA 76-052 Simvastatin Tablets USP, 5 mg, 10 mg, 20 mg and 40 mg

Dear Mr. Buehler:

Reference is made to IVAX's Abbreviated New Drug Application for Simvastatin Tablets USP,
5 mg, 10 mg, 20 mg and 40 mg and the Agency's telephone communication of November 14 and 15,
2005. The Agency has requested verification that IVAX was not sued by the Patent holder regarding
our Paragraph IV Certifications to U.S. Reissue Patent Nos. 36,481 and 36,520.  The Agency has also
requested IVAX to provide copies of the green postal return receipts.  IVAX notified Merck & Co. on
April 11, 2001 of its Paragraph IV filing for U.S. Reissue Patent Nos. 36,481 and 36,520.  IVAX
confirms that it was not sued by the Patent holder, Merck & Co., during the 45-day statutory period.
As evidence of notifying the patent holder, IVAX is providing the green U.S. postal service certified
mail receipts.

Should you have any questions, or require additional information, please contact our office at
(845) 267-2444, extension 201 or 200.

Sincerely,

IVAX PHARMACEUTICALS, INC.

Patricia Jaworski
Director, Regulatory Affairs

PJ/lh

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

# APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE
*(Title 21, Code of Federal Regulations, Parts 314 & 601)*

Form Approved: OMB No. 0910-0338
Expiration Date: August 31, 2006
See OMB Statement on page 2.

**FOR FDA USE ONLY**

APPLICATION NUMBER
76-052

## APPLICANT INFORMATION

NAME OF APPLICANT
IVAX Pharmaceuticals, Inc.

DATE OF SUBMISSION
NOV 1 6 2005

TELEPHONE NO. *(Include Area Code)*
845-267-2444 x201 or 200

FACSIMILE *(FAX)* Number *(Include Area Code)*
845-267-4869

APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued)*:
IVAX Pharmaceuticals, Inc.
125 Wells Avenue
Congers, NY 10920

AUTHORIZED U.S. AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number)* IF APPLICABLE
N/A

## PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(If previously issued)*

ESTABLISHED NAME *(e.g., Proper name, USP/USAN name)*
Simvastatin USP

PROPRIETARY NAME *(Trade name)* IF ANY

CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME *(If any)*
Butanoic acid, 2,2-dimethyl-,1,2,3,7,8,8a-hexahydro-3,7-dimethyl-8-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)-ethyl]-1-naphthalenylester, [1S-[1a,3a,7b,8b(2S,4S),-8ab]]

CODE NAME *(If any)*

DOSAGE FORM:
Tablets

STRENGTHS:
5 mg, 10 mg, 20 mg, 40 mg

ROUTE OF ADMINISTRATION:
Oral

(PROPOSED) INDICATION(S) FOR USE:
r use in patients with coronary heart disease and hyperlipiemia.

## APPLICATION DESCRIPTION

APPLICATION TYPE *(check one)*
☐ NEW DRUG APPLICATION (CDA, 21 CFR 314.50)   ☒ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☐ BIOLOGICS LICENSE APPLICATION (BLA, 21 CFR 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   ☐ 505 (b)(1)   ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug   Zocor® Tablets                    Holder of Approved Application   Merck & Co., Inc.

TYPE OF SUBMISSION *(check one)*   ☐ ORIGINAL APPLICATION   ☒ AMENDMENT TO A PENDING APPLICATION   ☐ RESUBMISSION
☐ PRESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☐ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION: _____

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY   ☐ CBE   ☐ CBE-30   ☐ Prior Approval (PA)

REASON FOR SUBMISSION
Patent Amendment

PROPOSED MARKETING STATUS *(check one)*   ☒ PRESCRIPTION PRODUCT (Rx)   ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED _____   THIS APPLICATION IS   ☒ PAPER   ☐ PAPER AND ELECTRONIC   ☐ ELECTRONIC

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

N/A

See References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

N/A

| | This application contains the following items: *(Check all that apply)* |
|---|---|
| ☐ | 1. Index |
| ☐ | 2. Labeling *(check one)*     ☐ Draft Labeling     ☐ Final Printed Labeling |
| ☐ | 3. Summary (21 CFR 314.50 (c)) |
| ☐ | 4. Chemistry section |
| ☐ |     A.   Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| ☐ |     B.   Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| ☐ |     C.   Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) |
| ☐ | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| ☐ | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) |
| ☐ | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| ☐ | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| ☐ | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| ☐ | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) |
| ☐ | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) |
| ☐ | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) |
| ☐ | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| ☐ | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or (j)(2)(A)) |
| ☐ | 15. Establishment description (21 CFR Part 600, if applicable) |
| ☐ | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| ☐ | 17. Field copy certification (21 CFR 314.50 (l)(3)) |
| ☐ | 18. User Fee Cover Sheet (Form FDA 3397) |
| ☐ | 19. Financial Information (21 CFR Part 54) |
| ☒ | 20. OTHER *(Specify)* Patent Amendment |

## CERTIFICATION

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

    1.  Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
    2.  Biological establishment standards in 21 CFR Part 600.
    3.  Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
    4.  In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
    5.  Regulations on making changes in application in FD&C Act section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
    6.  Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
    7.  Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

Warning: A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE |
|---|---|---|
| | Patricia Jaworski, Director, Regulatory Affairs | NOV 1 6 2005 |

| ADDRESS *(Street, City, State, and ZIP Code)* | Telephone Number |
|---|---|
| IVAX Pharmaceuticals, Inc., 125 Wells Avenue, Congers, NY 10920 | 845-267-2444 x 201 or 200 |

Public reporting burden for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
  Food and Drug Administration
  JER, HFD-99
  1401 Rockville Pike
  Rockville, MD 20852-1448

Food and Drug Administration
CDER (HFD-94)
12229 Wilkins Avenue
Rockville, MD 20852

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.



**Zenith (**
PHARMAC

VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED: No. 7099 3400

Mary M. McDonald, Esq.
Senior Vice President and General Counsel
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

Re:   Simvastatin – Notice of Paragraph IV Cert
     Zenith Goldline Pharmaceuticals, Inc.'s Ass
     and Unenforceability of U.S. Reissue Patent
     Patent Nos. 4,940,727 and 5,116,870, Respect

Dear Ms. McDonald:

     Zenith Goldline Pharmaceuticals, Inc. ("Zenith") has submitted, and the United
States Food and Drug Administration ("FDA") has received, an
(ANDA No. 76-052) containing any required bioavailability or b
pursuant to Section 505(j), Title 21, of the Federal Food, Dru
order to obtain approval to engage in the commercial manufactur
in the United States and importation into the United States of s
of U.S. Reissue Patent Nos. 36,481 ("the '481 reissue patent
patent"). The established name, as defined in section 502(e)(3
product is "Zocor." The active ingredient of the proposed
strengths of the proposed drug product are 5 mg, 10mg, 20 m
of the proposed drug product is tablets.

     The '481 and '520 reissue patents were identifie
§355(b). The Orange Book listing for the '481 and '520
expiration dates for the '481 and '520 reissue patents are J
respectively. In accordance with section 505(j)(2)(B)(ii) of the

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Mary M. McDonald, Esq.
Senior Vice President & General Counsel
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889

4a. Article Number
7099 2400 0006 6500 2272

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☒ Return Receipt for Merchandise    ☐ COD

7. Date of Delivery  4/12/01

5. Received By: (Print Name)
Drew Tomasi

6. Signature: (Addressee or Agent)
X  Drew Tomasi

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994      Please date when received      102595-98-B-0229   Domestic Return Receipt



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
Merck & Co. Inc. - Attn: Mary M. McDonald, Esq.
WHITEHOUSE STATION, NJ 08889

| | |
|---|---|
| Postage | $ 1.60 |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.00 |

UNIT ID: 0746

Postmark Here

Clerk: KSXD6G

04/11/01

Name (Please Print Clearly) (to be completed by mailer)
Mary M. McDonald, Esq. - Merck & Co. Inc.
Street, Apt. No.; or PO Box No.
One Merck Drive
City, State, ZIP+4
Whitehouse Station, NJ 08889

NOV. 16. 2005    4:57PM    NO. 498    P. 25

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

---

• Print your name, address, and ZIP Code in this box •

Zenith Goldline Pharmaceuticals, Inc.
140 Legrand Avenue
Northvale, NJ 07647

Attn: M. Benefiale
76-052

---

## Certified Mail Provides:

■ A mailing receipt
■ A unique identifier for your mailpiece
■ A signature upon delivery
■ A record of delivery kept by the Postal Service for two years

*Important Reminders:*

■ Certified Mail may ONLY be combined with First-Class Mail or Priority Mail.
■ Certified Mail is not available for any class of international mail.
■ NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
■ For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS postmark on your Certified Mail receipt is required.
■ For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
■ If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry.

PS Form 3800, June 2002 (Reverse)    102595-03-M-0597