UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
RANBAXY LABORATORIES LTD.,     )
   et al.,                     )
                               )
      Plaintiff,               )
                               )
   v.                          )    Civil Action No. 05-1838 (RWR)
                               )
MICHAEL O. LEAVITT, et al.,    )
                               )
      Defendants.              )
_____)
                               )
IVAX PHARMACEUTICALS, INC.,    )
                               )
      Plaintiff,               )
                               )
   v.                          )    Civil Action No. 05-2180 (RWR)
                               )
MICHAEL O. LEAVITT, et al.,    )
                               )
      Defendants.              )
_____)
```

**ORDER**

It is hereby

ORDERED that the case of *Ranbaxy Laboratories Ltd. v. Leavitt*, Civil Action No. 05-1838, is consolidated with *IVAX Pharmaceuticals, Inc. v. Leavitt,* Civil Action No. 05-2180.  It is further

ORDERED that the Clerk's Office is directed to close *IVAX Pharmaceuticals, Inc. v. Leavitt,* Civil Action No. 05-2180.  It is further

ORDERED that all filings with this Court shall henceforth be

- 2 -

filed only under the case of *Ranbaxy Laboratories Ltd. v. Leavitt*, Civil Action No. 05-1838.

    SIGNED this 28th day of December, 2005.

                                                        /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge